# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GERVON DEXTER, SR.**

    **Plaintiff**

vs.

**BIG LEAGUE ADVANCE FUND II, LP**

    **Defendant**
_____ /

**CASE NO. 1:23-cv-00228-AW-HTC**

# DECLARATION OF GERVON DEXTER, SR. IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO BIG LEAGUE ADVANCE FUND II, LP'S MOTION TO COMPEL ARBITRATION

1. My name is Gervon Dexter, Sr. and I am over 18 years of age and competent to testify in court. The information contained in this declaration is based upon my personal knowledge.

2. At the time I signed the Agreement with Big League Advance Fund II, LP ("BLA"), I was 21 years old. I had completed high school, and earned my high school degree, as well as two years of college without obtaining a degree.

3. I was a resident of the State of Florida at the time I signed the Agreement.

4. I was physically present in the State of Florida at the time I signed the Agreement.

5. I consulted with an attorney regarding the Agreement.

6. At the time I met with BLA to sign the Agreement, I was unrepresented, and no attorney was present to represent me. My recollection is that BLA had its corporate counsel present while I signed the Agreement.

7. I was not presented with an option to decline or negotiate the Arbitration Provision.

I certify under penalty of perjury that I have read the foregoing declaration consisting of seven numbered paragraphs and that it is true and correct to the best of my knowledge, information, and belief.

Executed on this \_\_\_\_\_ day of October, 2023.  
10/27/2023

DocuSigned by:  
2113EEAC539E46C...

Gervon Dexter, Sr.

# Certificate Of Completion

Envelope Id: FE9EFB6252DA40EAB090DC2B3D214355  
Status: Completed  
Subject: Complete with DocuSign: DRAFT - Declaration of Gervon Dexter Sr re Opposition to MTC Arbitratio...  
Source Envelope:  
Document Pages: 2 | Signatures: 1 | Envelope Originator:
Certificate Pages: 5 | Initials: 0 | Heather Leger
AutoNav: Enabled | | Heather.Leger@phelps.com
EnvelopeId Stamping: Enabled | | IP Address: 63.128.97.94
Time Zone: (UTC-06:00) Central Time (US & Canada)

## Record Tracking

Status: Original  
   10/26/2023 9:14:36 PM  
Holder: Heather Leger  
   Heather.Leger@phelps.com  
Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Gervon Dexter, Sr.<br>Redacted- Personal Identification Information.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>2113EEAC539E46C...<br>Signature Adoption: Drawn on Device<br>Using IP Address: 108.147.101.73<br>Signed using mobile | Sent: 10/26/2023 9:16:44 PM<br>Resent: 10/27/2023 1:51:01 PM<br>Viewed: 10/27/2023 2:35:37 PM<br>Signed: 10/27/2023 2:36:19 PM |

**Electronic Record and Signature Disclosure:**  
   Accepted: 10/27/2023 2:35:37 PM  
   ID: 1bc9cfb3-b0f0-4de4-81c4-222fa93fbaca

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Heather Leger<br>heather.leger@phelps.com<br>Paralegal<br>Phelps Dunbar LLP<br>Security Level: Email, Account Authentication (None) | | Sent: 10/26/2023 9:16:45 PM<br>Resent: 10/27/2023 2:36:21 PM<br>Viewed: 10/27/2023 6:58:01 AM |

**Electronic Record and Signature Disclosure:**  
   Not Offered via DocuSign

| | | |
|---|---|---|
| Nick Patti<br>nick.patti@phelps.com<br>Security Level: Email, Account Authentication (None) | | Sent: 10/26/2023 9:16:45 PM<br>Viewed: 10/26/2023 9:17:53 PM |

**Electronic Record and Signature Disclosure:**  
   Accepted: 8/14/2023 10:34:13 AM  
   ID: 5ed5414f-ede8-498e-99c8-689480739ca1

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/26/2023 9:16:45 PM |
| Envelope Updated | Security Checked | 10/27/2023 1:47:53 PM |
| Envelope Updated | Security Checked | 10/27/2023 1:47:53 PM |
| Certified Delivered | Security Checked | 10/27/2023 2:35:37 PM |
| Signing Complete | Security Checked | 10/27/2023 2:36:19 PM |
| Completed | Security Checked | 10/27/2023 2:36:19 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**