UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERVON DEXTER, SR.

        Plaintiff,                                   CASE NO. 1:23-cv-00228-AW-HTC

vs.

BIG LEAGUE ADVANCE FUND II, LP,

        Defendant.
_____/

## **DEFENDANT'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order requiring Defendant Big League Advance Fund II, LP ("Defendant") to file an Amended Rule 7.1 Disclosure (Dkt. 9), Defendant hereby makes the following amended disclosure:

1. Defendant has no parent corporation or publicly-traded companies that own 10% or more of its stock.

2. Defendant is a limited partnership, formed and existing under the laws of Delaware, with its principal place of business in Potomac, Maryland.

3. Defendant has one (1) general partner, Big League Advance, LLC d/b/a Big League Advantage, and one-hundred-and-twenty-eight (128) limited partners.

4.  As set forth in Defendant's Unopposed Motion to Extend Time to File an Amended Rule 7.1 Disclosure and Request to File Under Seal and the accompanying Declaration of Joseph Turo (Dkts. 11 & 11_1), Defendant respectfully requests that it be permitted additional time to file the requisite information for each partner and to file the information about its limited partners under seal.

Dated:  October 30, 2023 　　　　　　　　　Respectfully submitted,

**ZWILLGEN PLLC**

By: /s/ Kelsey Harclerode
Kelsey Harclerode
Florida Bar No. 1048280
1900 M Street NW, Suite 250
Washington, DC 20036
kelsey@zwillgen.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of October 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notice of Electronic Filing.

/s/ Kelsey Harclerode
Kelsey Harclerode (Florida Bar No. 1048280)

## SERVICE LIST

Rhett Parker
Caleb W. Diaz
Nicholas C. Patti
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602
Telephone: 813 472 7550
Facsimile: 813 472 7570
Email: rhett.parker@phelps.com
Email: caleb.diaz@phelps.com
Email: nick.patti@phelps.com

*Attorneys for Plaintiff*