## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**GERVON DEXTER, SR.**

    **Plaintiff**

**vs.**

                                           **CASE NO. 1:23-cv-00228-AW-HTC**

**BIG LEAGUE ADVANCE FUND II, LP**

    **Defendant**

                                       /

## GERVON DEXTER, SR.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Gervon Dexter, Sr. ("Dexter"), by and through undersigned counsel, and files this notice of his voluntary dismissal[1] of this action without prejudice pursuant to *Fed. R. Civ. Pro.* 41(a)(1).

                      Respectfully submitted,

                      **PHELPS DUNBAR LLP**

                      */s/ Rhett C. Parker*
                      Rhett C. Parker / Fla. Bar No.: 92505
                      Caleb W. Diaz / Fla. Bar No. 1028488
                      Nicholas C. Patti / Fla Bar No. 1038902
                      100 South Ashley Drive, Suite 2000
                      Tampa, Florida 33602
                      Telephone: 813 472 7550

---

[1] Based on Big League Advance Fund, II, LP's Second Amended Rule 7.1 Corporate Disclosure Statement (Doc. 15), it appears that complete diversity does not exist. At the time the Complaint was filed and prior to the filing of Big League Advance Fund, II, LP's Second Amended Rule 7.1 Corporate Disclosure Statement, and this information was not otherwise known or ascertainable.

PD.43658297.1

Facsimile: 813 472 7570
Email: rhett.parker@phelps.com
Email: caleb.diaz@phelps.com
Email: nick.patti@phelps.com

*Attorneys for Plaintiff Gervon Dexter, Sr.*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of November 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notice of Electronic Filing.

PD.43658297.1

## SERVICE LIST

Kelsey Harclerode
Florida Bar No. 1048280
Jeffrey Landis (*pro hac vice forthcoming*)
Adya Baker (*pro hac vice forthcoming*)
1900 M Street NW, Suite 250
Washington, DC 20036
kelsey@zwillgen.com
jeff@zwillgen.com
adya@zwillgen.com

Attorneys for Defendant

*s/ Rhett C. Parker*
Rhett C. Parker / Fla. Bar No.: 92505